# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

March 19, 2018

Vanessa Rae Rust
11037 192nd Ave. NW
Elk River, MN 55330

      RE:    *Rust v. Alter Metal Recycling*, 16-cv-03-jdp

Dear Ms. Rust:

      This will acknowledge receipt of your brief in opposition (Parts 1A, 1B, 2A and 2B) filed in the above case. The court has docketed your submission, however it is being returned to you because you did not sign it as required by Fed. R. Civ. P. 11(a). Please sign where indicated and promptly return the filing to the clerk's office.

                          PETER OPPENEER, Clerk of Court,

                          By:_____/s/_____
                               Deputy Clerk

encl.

cc:    Attorney Stephen L. Weld, II (w/o encl., via CM/ECF)