IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VANESSA RAE RUST,

        Plaintiff,

vs.                                                                 Civil Action No. 16-CV-3-jdp

ALTER METAL RECYCLING,

        Defendant.

---

### AFFIDAVIT OF JERILYN JACOBS

---

1. My name is Jerilyn Jacobs, and I am legal counsel for the Defendant in the above-captioned matter. I make this affidavit based upon my personal knowledge of the facts stated herein.

2. On November 8, 2018, I spoke with Plaintiff's counsel, Joshua A. Newville, via telephone, and I asked if he would oppose our request for a one-week extension of the dispositive motion deadline due to a conflict caused by a trial scheduled that week. He stated that he would not oppose a one-week extension.

**I declare under penalty of perjury that the foregoing is true and correct.**

    Executed on ___Nov. 8___, 2018 in ___Eau Claire___, Wisconsin.

                                                                             _/s/ Jerilyn Jacobs_

                                                                             Jerilyn Jacobs