IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**VANESSA RAE RUST,**

        **Plaintiff,**

vs.                                                           Civil Action No. 16-CV-3-jdp

**ALTER METAL RECYCLING,**

        **Defendant.**

### JOINT NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 21(a)(1)(A)(i))

It is hereby noticed between Plaintiff Vanessa R. Skurich (Rust) and Defendant Alter Metal Recycling that the matter has been settled and that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated this 12th day of February, 2019.

| **MADIA LAW LLC** | **WELD RILEY, S.C.** |
|---|---|
| /s/ Joshua A. Newville | /s/ Jerilyn Jacobs |
| Joshua A. Newville | Jerilyn Jacobs |
| State Bar No. 1092059 | State Bar No. 1058334 |
| Attorney for Vanessa R. Skurich (Rust) | Stephen L. Weld |
|  | State Bar No. 1015015 |
|  | Attorneys for Alter Metal Recycling |

**Mailing Address:**

Joshua A. Newville. Esq.
State Bar No. 1092059
**Madia Law LLC**
323 Washington Ave. N #200
Minneapolis, MN 55401
joshuanewville@madialaw.com

**Mailing Address:**

Jerilyn Jacobs, Esq.
State Bar No. 1058334
**Weld Riley, S.C.**
3624 Oakwood Hills Parkway
PO Box 1030
Eau Claire WI  54702-1030
Phone: (715) 839-7786
Fax: 715-839-8609
jjacobs@weldriley.com

Stephen L. Weld, Esq.
State Bar No. 1015015
**Weld Riley, S.C.**
3624 Oakwood Hills Parkway
PO Box 1030
Eau Claire WI  54702-1030
Phone: (715) 839-7786
Fax: 715-839-8609
sweld@weldriley.com